Oliver Martin, appellee, v. Armour & Company, appellant.

616

Opinion filed February 12, 1930.

Pope & Driemeyer, for appellant.. Kramer, Kramer & Campbell and R. E. Costello, for appellee.

Mr. Presiding Justice Barry delivered the opinion of the court.